In the Matter of the Transfer Tax upon the Estate of WILLIAM D. BURNHAM, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JOSEPH D. TOMLINSON et al., Respondents.

*Transfer tax — when gifts to municipal corporations of foreign state exempt from transfer tax.*

*Matter of Burnham (Estate),* 196 App. Div. 948, affirmed.
(Argued October 5, 1921; decided October 25, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1921, which *unanimously* affirmed an order of the Westchester County Surrogate's Court exempting from transfer tax certain legacies to the towns of Sharon and Bridgewater in the state of Connecticut for the benefit and relief of the poor or for the erection, equipment and maintenance of a public library or for public school purposes.  The surrogate held the gifts to be exempt under section 221 of the Transfer Tax Law.

*Francis A. Winslow* for appellant.

*M'Cready Sykes, George L. Shearer* and *Herman A. Schupp* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.